FRED WALSTON v. JOHN SCOTT, as Sheriff of Bay County, et al.

176 So. 270.
Opinion Filed September 30, 1937.

*J. McHenry Jones,* for Appellant;
No appearance for Appellees.

PER CURIAM.—The decree herein appealed from is hereby reversed and remanded on the authority of Bechtol v. Lee, et al., this day filed.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.